**Petition for Writ of Mandamus Denied and Opinion filed October 3, 2023.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-23-00542-CV**

**IN RE LAKELAND WEST CAPITAL 41, LLC, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law #4**
**Fort Bend County, Texas**
**Trial Court Cause No. 22-CCV-071305**

## MEMORANDUM OPINION

On Tuesday, August 1, 2023, relator, Lakeland West Capital 41, LLC, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Susan Brown, Judge of the Eleventh Administrative Judicial Region of

Texas to: (1) reverse the order disqualifying Judge Hrbacek from the case; and (2) to reverse the order finding Judge Wallace lacks jurisdiction over the case.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.